DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GEORGE TIMOTHY HOOULA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-S-07-0277 EJG  (KJM) |
| Plaintiff, | ) |
| v. | ) ORDER APPOINTING COUNSEL |
| GEORGE TIMOTHY HOOULA, | ) |
| Defendant. | ) |
| _____ | ) |

The defendant, GEORGE TIMOTHY HOOULA, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel as follows:

[ X ]   Supervising Assistant Federal Defender, MARY M. FRENCH.

[   ]   CJA Panel Member _____ because the Federal Defender has a conflict in this matter.

On June 21, 2007, an Indictment was filed against defendant alleging a violation of 18 U.S.C. § 922(g)(1) - felon in possession of a firearm.  Mr. Hooula is in state custody and has not yet appeared on this Indictment.

1    The defendant has subsequently communicated with this office and
2 has requested the appointment of counsel.
3    It appears that Mr. Hooula qualifies for such appointment.
4    A Financial Affidavit is included with this application as
5 evidence of the defendant's inability to obtain counsel.

Dated:   October 4, 2007               Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender


                                       /s/ Mary M. French
                                       MARY M. FRENCH
                                       Supervising Assistant
                                       Federal Defender
                                       Attorney for Defendant
                                       GEORGE TIMOTHY HOOULA


     Having satisfied the court that GEORGE TIMOTHY HOOULA is
unable to employ counsel, the court hereby appoints the Federal
Defender pursuant to 18 U.S.C. § 3006A.

DATED: October 12, 2007.

                                       _____
                                       U.S. MAGISTRATE JUDGE

Appointment of Counsel                  -2-